UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:25-CR-2-D-RN-1

UNITED STATES OF AMERICA

v.

DONALD JOSEPH GRAY, JR.

ORDER

This matter comes before the court on Defendant's unopposed motion to facilitate defense counsel's contact visits with defendant at Central Prison. For good cause shown, the motion is GRANTED. Defense counsel shall be granted contact visits with Mr. Gray at Central Prison, and is authorized to bring in an iPad, computer, disc drives, discs, USB memory sticks, legal pads and pens.

SO ORDERED this **25** day of April, 2025.

JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE